STATE v. CARTER

No. 340P85.

Case below: 74 N.C. App. 437.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. DAVIS

No. 355P85.

Case below: 74 N.C. App. 608.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 13 August 1985.

STATE v. FERRELL

No. 354P85.

Case below: 75 N.C. App. 156.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 13 August 1985. Notice of appeal by Attorney General under G.S. 7A-30 dismissed 13 August 1985.

STATE v. FRANKS

No. 368P85.

Case below: 74 N.C. App. 661.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.

STATE v. GRAHAM

No. 154P85.

Case below: 73 N.C. App. 179.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 August 1985.